UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JULIO HERNANDEZ, | Civil No. 3:19-CV-01353-IM |
| Plaintiff, | |
| v. | ORDER FOR ATTORNEY'S FEES |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | |
| Defendant. | |

1. The Commissioner is directed to pay EAJA fees in the amount of $4,453.93.

2. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), payment of the award, after offset of qualifying federal debt under the Treasury Offset Program, shall be made payable to Plaintiff and shall be mailed to Plaintiff's attorney, D. James Tree, 3711 Englewood Avenue, Yakima, Washington 98902.

3. If Plaintiff has no debt which qualifies for offset under the Treasury Offset Program, payment of the entire award shall be payable directly to Mr. Tree and mailed to the address above or, or direct deposited into the Tree Law Office account, because Plaintiff has assigned any Court awarded EAJA attorney's fees to Mr. Tree.

**IT IS SO ORDERED**.

DATED this this 19th day of June, 2020.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge